# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Action No. 10-cv-01206-LTB-BNB

CONEJOS COUNTY CITIZENS,

    Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC., and
ENERGY SOLUTIONS, INC.,

    Defendants.

___

**ORDER**
___

It has come to the Court's attention that there is confusion as to who should receive notification of service from the parties and the Court in this matter. Accordingly, upon review of the file, it is

ORDERED that the Clerk's Office shall send notices of all matters in this case to the following:

<u>PLAINTIFFS</u>:

| | |
|---|---|
| Maria Trujillo<br>28 West 5th<br>Antonito, CO 81120 | Alfonzo Abeyta<br>Martha Abeyta<br>6925 Co Rd D5<br>Antonito, CO 81120 |
| Michele Trujillo<br>502 West 8th Avenue<br>Antonito, CO 81120 | Lisa Abeyta<br>J. Abeyta<br>6819 C Road<br>Antonito, CO 81120 |

Jean Archuleta  
Robert Archuleta  
19 Pine Court  
Antonito, CO 81120  

Marsha Barela  
E. Barela  
Mike Barela  
3282 CR 12.5  
Antonito, CO 81120  

D. Barela  
604 Main  
Manassa, CO 81141  

Tammy Barela  
M. Barela  
316 West 11th Avenue  
Antonito, CO 81120  

Ella Mae Quintana  
Joseph L. Quintana  
413 West 10th Avenue  
Antonito, CO 81120  

Louise L. Gones  
217 West 9th Avenue  
Antonito, Co 81120  

Robert F. Barela  
123 West 6th Avenue  
Antonito, CO 81120  

D. Valdez  
O. Valdez  
4489 57 Hwy 285  
Antonito, CO 81120  

R. Harlan  
P.O. Box 845  
Antonito, Co 81120  

D. Salazar  
16863 CR G  
Antonito, CO 81120  

V. Gallegos  
Frances Gallegos  
6458 County Road 5  
Antonito, CO 81120  

D. Valdez  
O. Valdez  
P.O. Box 84  
Conejos, CO 81129  

Richard Winters  
18054 Co Rd 17  
La Jara, CO 81140  

Donald Romero  
Bernadette Romero  
310 River Street  
Antonito, CO 81120  

C. Jane Northrup  
P.O. Box 531  
Antonito, CO 81120  

Jane Barela  
P.O. Box 661  
Antonito, CO 81120  

Betty Fiorini  
5202 County Rd 14  
Antonito, CO 81120  

Gary Romero  
309 River Street  
Antonito, Co 81120  

Valerie Harlan  
14288 CRE 5  
Antonito, CO 81120  

Charles Hick  
Antonito, CO 81120

| | |
|---|---|
| E. Nichols<br>G. Nichols<br>16741 County Rd G<br>Antonito, Co 81120 | E. Ruybal<br>Lucinda Ruybal<br>16614 County Rd G<br>Antonito, CO 81120 |
| Charles Ewing<br>7779 CR 17<br>Antonito, CO 81120 | A. Abeyta<br>8770 Cty Rd 05<br>Antonito, CO 81120 |

<u>DEFENDANTS</u>:

Jeffery D. Bursell, Esq.
jbursell@dewhirstdolven.com

                      BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:   June 1, 2010