IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01206-LTB-BNB

CONEJOS COUNTY CITIZENS,

Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC., and
ENERGY SOLUTIONS, INC.,

Defendants.

_____

**ORDER**
_____

This matter was removed from Conejos County, Colorado, on May 24, 2010. It appears from the record that the defendants have not been served with a copy of the Summons and Complaint.[1] *Defendant's Notice of Removal* [Doc. #1], ¶ 2. Accordingly,

IT IS ORDERED that on or before **September 22, 2010**, the plaintiffs shall file proof of service on the defendants. Fed. R. Civ. P. 4(l) and (m). Failure to file proof of service on or before September 22, 2010, may result in dismissal of this action.

Dated June 7, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

---

[1] A defendant may file a notice of removal after receiving a copy of the initial pleading "through service or otherwise." 28 U.S.C. § 1446(b).