**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 10-cv-01206-LTB-BNB

CONEJOS COUNTY CITIZENS,

      Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC., and
ENERGY SOLUTIONS, INC.,

      Defendants.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on June 7, 2010 (Doc 10). Plaintiffs have failed to file specific written objections to the Magistrate Judge's recommendation and are therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiffs' Request for Temporary Restraining Order (Doc 2) is DENIED.

                                                  BY THE COURT:

                                                    s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge

DATED:   June 23, 2010