**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 10-cv-01206-LTB-BNB

CONEJOS COUNTY CITIZENS,

    Plaintiff,

v.

SAN LUIS & RIO GRANDE RAILROAD, INC., and
ENERGY SOLUTIONS, INC.,

    Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(I) (Doc 41 - filed September 22, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   September 23, 2010